

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00385-CV

———————————————————

RUSSELL MAIR, Appellant

V.

ARTURO LOZANO, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-005304-1

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Before the court is Appellee Arturo Lozano's motion to dismiss Appellant Russell Mair's appeal. Attached to the motion and filed with the clerk of this court is a document signed by both parties in which they agreed to dismiss the appeal. Appellant did not respond to the motion. *See Chan Il Pak v. Ad Villarai, LLC*, No. 05-17-01182-CV, 2019 WL 1090407, at *1 (Tex. App.—Dallas Mar. 8, 2019, no pet.) (mem. op.) (dismissing appeal where an appellee filed a motion to dismiss along with a signed agreement to dismiss the appeal and the appellant did not respond to the motion). In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, we may render judgment effectuating the parties' agreement. Tex. R. App. P. 42.1(a)(2)(A); *Fusion Indus., LLC v. Edgardo Madrid & Assocs., LLC*, 624 S.W.3d 843, 849 (Tex. App.—El Paso 2021, no pet.).

This court is of the opinion that the motion should be granted. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f). All costs are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered:  February 3, 2022